IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., by James R. Klein, Administrator, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>WILLIAM A. FISCHER CARPET CO., INC. a/k/a WM. A FISCHER CARPET CO., INC., <br><br>　　　　　Defendant. | ) ) ) ) ) ) ) Civil Action No. 22-1540-RJC ) ) ) ) ) ) |

## ORDER OF COURT

AND NOW, to wit, this 5th day of January, 2023, upon consideration of Plaintiff's Motion for Entry of Default Judgment and the affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is hereby GRANTED.  Judgment is entered in favor of the Plaintiff, Carpenters Combined Funds, Inc. and against the Defendant, William A. Fischer Carpet Co., Inc. a/k/a Wm. A. Fischer Carpet Co., Inc. in the amount of $137,266.23.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*/s/Robert J. Colville*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge